■ Rupert Singh, Appellant-Respondent, v Lincoln Management, LLC, et al., Defendants/Third-Party Plaintiffs-Appellants-Respondents. Allen Daniel Framing Corp., Third-Party Defendant-Respondent. [929 NYS2d 496]—

The appeal by the plaintiff from the order must be dismissed for failure to perfect the same in accordance with the rules of this Court (*see* 22 NYCRR 670.8 [c], [e]). The appeal by the defendants/third-party plaintiffs from the intermediate order must be dismissed because the right of direct appeal therefrom terminated with entry of the judgment in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal by the defendants/third-party plaintiffs from the order are brought up for review and have been considered on the appeal from the judgment (*see* CPLR 5501 [a] [1]).

However, the appeal by the defendants/third-party plaintiffs from the judgment must be dismissed, as they are not aggrieved thereby. They received all the relief sought by them on their cross motion for summary judgment dismissing the complaint, the third-party defendant's renewed motion for summary judgment dismissing the third-party complaint was denied as academic, and the third-party complaint has not been dismissed by the Supreme Court (*see* CPLR 5511). That the order brought up for review on the appeal from the judgment may contain language or reasoning which the defendants/third-party plaintiffs deem adverse to their interests does not furnish them with a basis for taking an appeal (*see Pennsylvania Gen. Ins. Co. v Austin Powder Co.*, 68 NY2d 465, 472-473 [1986]). Covello, J.P., Chambers, Lott and Miller, JJ., concur.